AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

EDITH BARKER,

             Plaintiff,

v.

UTAH DEPARTMENT OF
ENVIRONMENTAL QUALITY, AMANDA
SMITH, BRAD JOHNSON, and RUSTY
LUNDBERG,

             Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:18-CV-61-TC

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

January 26, 2021

*Date*

BY THE COURT:

U.S. District Court Judge Tena Campbell